**DEFAULT O/E JAD**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE: : Case No. 20-70077-JAD
    Gloria J. Oakes, :
: Chapter 13
        Debtor :

==================================================================

Gloria J. Oakes, :
        Movant :
: Document No.
v. :
: Related to Document No. 7
American Accounts and Advisors, :
KML Law Group, M & T Bank, :
        Respondents :

## ORDER OF COURT

AND NOW, to wit, this ___2nd___ day of __March_____,
2020, upon consideration of the Motion to Extend the Automatic Stay filed by Debtor, it is hereby **ORDERED, ADJUDGED, and DECREED**, that the Automatic Stay is extended as to all specifically named Respondents, subject to further Order of Court.

FILED
3/2/20 12:51 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_____ jsf
J.

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 20-70077-JAD
Gloria J Oakes                                                            Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7    User: mgut             Page 1 of 1              Date Rcvd: Mar 02, 2020
                       Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 04, 2020.
db             +Gloria J Oakes,    155 Knisely Lane,    Claysburg, PA 16625-8915

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 2, 2020 at the address(es) listed below:
      James   Warmbrodt    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
      Jeffrey A. Muriceak    on behalf of Debtor Gloria J Oakes jmuriceak@eveyblack.com,
       choover@eveyblack.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                                                       TOTAL: 4