**\*FILING FEE PAID\***

MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: _Oakes_____ (JAD/TPA/CMB/GLT)

Case Number: _20-70077_

Date of Meeting: _6/5/20_____ Recording #_____
Debtor(s) present ✓ or Not Present ___ (No Payments Made or ___ partial payments)
Attorney for debtor(s) _Muriceak_____ (Present ✓ or Not Present____)
Date of Plan at § 341: _2/20/20_ Applicable commitment period ✓ 3 yrs ___ 5 yrs

FILED
6/10/2020 4:06 PM
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_____ Meeting HELD and CONCLUDED
___✓__ Meeting HELD but CONTINUED (not closed)
_____ Meeting NOT HELD          _____ Order to Show Cause Requested
                                 _____ To be rescheduled by Clerk

___✓__ Confirmation Order recommended _____ Final ___✓__ Interim
_____ Amended Plan due:_____; Objections due:_____

_____ Trustee recommends dismissal of the case (Debtor consents)
_____ Trustee recommends dismissal of the case (Debtor does not consent)*
_____ Trustee recommends dismissal of the case (Debtor has no defense)
_____ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
___✓__ Continued to:
       _____ 341 Meeting  OR ___✓__ Conciliation Conf. OR _____ Contested Hearing
       On _8/27/20_ at _1:00_ am/pm location_____

_____
Chapter 13 Trustee/Attorney for Trustee

_Oakes_ _____ Case No. _20-70077_ (JAD)/TPA/CMB/GLT

Debtor(s)

Chapter 13 Plan dated _2/20/20_

Issued per the **6/5/2020** Proceeding

Next Hearing Date: _8/27/20 @_

& time: _1:00 pm_

*The Parties, including the Debtor(s) and the Attorney for the Debtor(s), if any, herby agree as follows:*

☐  (1)  No Changes to standard Confirmation order

(2)  Changes to the standard Confirmation Order as indicated

☐  A.  For the remainder of the Plan term, the Plan payment is amended to be $_____ as of _____. Debtor(s)' counsel shall file a motion to amend the income attachment order within five (5) days of the date of this Order.

☒  B.  The length of the Plan is increased to a total of _60_ months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☒  C.  Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees.

☐  D.  Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority or extent of liens, including determination of the allowed amount of secured claims under 11 U.S.C. §506, disputes over the amount and allowance of claims entitled to priority under 11 U.S.C. §507, and all objections to claims.

☐  E.  The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the plan.

☐  F.  _____ shall be paid monthly payments of $_____ beginning with the Trustee's _____ distribution and continuing for the duration of the plan term, to be applied by that creditor to its administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☐  G.  The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the debtor(s) successfully objects to the claim:

☒  H.  Additional Terms:

☐  Fee application needed if any fee (including retainer) exceeds $2,500/$3,100 including any fees paid to prior counsel.

M&T Bank (LL#3) governs as to amount to be treated as a PIF at contract interest, with interest on $34,470.26 and no interest on accrued interest of $1373.77