IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Gloria J. Oakes, | : | Bankruptcy No. 20-70077 |
|         Debtor | : | |
| | : | Chapter 13 |
| | : | |
| M & T Bank, | : | Document No. 36 |
|         Movant | : | |
| | : | Related to Document No. 35 |
| v. | : | |
| Gloria J. Oakes and Ronda J. | : | Related to Claim No. 3 |
| Winnecour, Esquire, Chapter 13 Trustee, | : | |
|         Respondents | : | |

## WITHDRAWAL OF DECLARATION REGARDING NOTICE
## OF MORTGAGE PAYMENT CHANGE

The above-named Debtor respectfully represents that:

1.  On November 12, 2020, Debtor filed a Declaration Regarding Notice of Mortgage Payment Change (Document No. 35) in the above matter.

2.  Said Declaration Regarding Notice of Mortgage Payment Change was erroneously filed stating that Debtor's Chapter 13 Plan is sufficiently funded to pay the new post-petition monthly payments outlined in the Notice of Mortgage Payment Change dated November 10, 2020 filed on behalf of M & T Bank.

WHEREFORE, Debtor prays that your Honorable Court grant Debtor's request to withdraw the Declaration Regarding Notice of Mortgage Payment Change filed November 12, 2020 to Docket No. 35, with the docket noted accordingly.

Respectfully submitted,

EVEY BLACK ATTORNEYS LLC

Dated: 11/13/2020         By       / s/ Jeffrey A. Muriceak
                                   Jeffrey A. Muriceak, Esquire
                                   Attorney for Debtor
                                   401 Allegheny Street
                                   P.O. Box 415
                                   Hollidaysburg, PA 16648
                                   (814) 695-7581
                                   Pa. I.D. #76013