UNITED STATES BANKRUPTCY COURT
FOR WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Gloria J Oakes                             CHAPTER: 13
155 Knisely LN                             CASE NUMBER: 20-70077
Claysburg, PA 16625                        CLAIM AMOUNT: $375.90

Debtors.
_____

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

COMES NOW, Jefferson Capital Systems LLC, and pursuant to Rule 3006, F.R.Bkcy.P., hereby withdraws its Proof of Claim, filed 4/7/2020, in the amount of $375.90.

Jefferson Capital Systems LLC hereby releases and discharges the Chapter 13 Trustee from any further liability for said Proof of Claim, and specifically requests the Chapter 13 Trustee to discontinue any and all disbursements in connection with said Proof of Claim.

This 21st day of April, 2023.

Jefferson Capital Systems LLC

By: /s/ Rhonda Pratt
Rhonda Pratt   Bankruptcy Specialist

Jefferson Capital Systems, LLC
16 McLeland Rd
St. Cloud, MN 56303
(800) 928-7314

**CERTIFICATE OF SERVICE**

I do hereby certify that I served a copy of the NOTICE OF WITHDRAWAL OF

PROOF OF CLAIM filed in the Bankruptcy case on:

| | |
|---|---|
| Debtor: | Gloria J Oakes<br>155 Knisely LN<br>Claysburg, PA 16625 |
| Debtor's Attorney: | Jeffrey Muriceak<br>PO BOX 415<br>Hollidaysburg, PA 16648 |
| Chapter 13 Trustee: | Ronda Winnecour<br>600 Grant St<br>Pittsburgh, PA 15219-2712 |

by submitting electronically with the court.

    This 21st day of April, 2023.

                                        Jefferson Capital Systems LLC

                                        By: /s/ Rhonda Pratt_____
                                        Rhonda Pratt   Bankruptcy Specialist

                                        Jefferson Capital Systems, LLC
                                        16 McLeland Rd
                                        St. Cloud, MN 56303
                                        (800) 928-7314