**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>GLORIA J OAKES<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>    Movant<br>  vs.<br>No Respondents. | Case No.:20-70077 JAD<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 02/12/2020 and confirmed on 06/10/2020. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 54,625.00 |
| Less Refunds to Debtor | 1,050.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 53,575.00 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 2,000.00 | |
|   Trustee Fee | 2,764.92 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,764.92 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   M & T BANK | 34,470.26 | 28,381.81 | 3,508.21 | 31,890.02 |
|     Acct: 2541 | | | | |
|   M & T BANK | 1,373.77 | 1,373.77 | 0.00 | 1,373.77 |
|     Acct: 2541 | | | | |
| | | | | 33,263.79 |
| **Priority** | | | | |
|   JEFFREY A MURICEAK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GLORIA J OAKES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GLORIA J OAKES | 1,050.00 | 1,050.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   EVEY BLACK ATTORNEYS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JEFFREY A MURICEAK ESQ | 2,000.00 | 2,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   M & T BANK | 0.00 | 13,170.69 | 0.00 | 13,170.69 |
|     Acct: 2541 | | | | |

| 20-70077 JAD | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Priority | | | | |
|   M & T BANK | 210.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2541 | | | | |
| | | | | 13,170.69 |
| Unsecured | | | | |
|   AMERICAN ACCOUNTS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6173 | | | | |
|   AMERICAN ACCOUNTS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6172 | | | | |
|   JEFFERSON CAPITAL SYSTEMS LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0001 | | | | |
|   ALLY FINANCIAL** | 2,375.60 | 2,375.60 | 0.00 | 2,375.60 |
|     Acct: 3838 | | | | |
|   KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | | | 2,375.60 |
| **TOTAL PAID TO CREDITORS** | | | | 48,810.08 |

TOTAL CLAIMED
PRIORITY              210.00
SECURED             35,844.03
UNSECURED            2.375.60

Date: 02/11/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com